**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

**Mann Design Ltd.**

**Plaintiff,**

**v.**

**Bounce, Inc., a Colorado corporation d/b/a The Kong Company,**

**Defendant.**

**Civil 00-2706 M JD/SRN**

**ORDER OF RECUSAL**

---

Pursuant to the provisions of 28 U.S.C. §455(a), the undersigned hereby recuses herself in this matter. By separate notice, the parties will be advised by the Clerk of Court as to the new Magistrate Judge on this matter.

DATED: December 21, 2000.

Susan Richard Nelson
SUSAN RICHARD NELSON
United States Magistrate Judge

FILED DEC 21 2000
FRANCIS E. DOSAL, CLERK
Judgment Ent'd. ____________
Deputy Clerk's Initials ______

Please use new case number

CV 00-2706 MJD/JMM