**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**THIRD DIVISION**

MANN DESIGN LTD
Plaintiff,

vs.

BOUNCE INC.,
Defendant.

CV 00-1159 RHK/JMM

-------------------------------

**ORDER FOR REASSIGNMENT OF RELATED CASES**

MANN DESIGN LTD,
Plaintiff,

vs.

BOUNCE INC.,
Defendant.

CV 00-2706 MJD/JMM

Case No. 00-1159 having been assigned to Judge Richard H. Kyle and Case No. 00-2706 having later been assigned to Judge Michael J. Davis, said matters being related cases,

**IT IS HEREBY ORDERED** that Case No. 00-2706 be assigned to Judge Richard H. Kyle, nunc pro tunc, by use of a card on the Patent List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated April 16, 1997.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: January 19, 2001

Richard H. Kyle,Judge
United States District Court

Dated: January 25, 2001

Michael J. Davis, Judge
United States District Court

FILED 1/25/01
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Please use

new case number

00-2706 RHK/JMM