**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MANN DESIGN LTD.,
a Minnesota Corporation,

Plaintiff,

**Civil No. 00-2706 (MJD/JMM)**
**(Jury Trial Demanded)**

v.

BOUNCE, INC., d/b/a The Kong Company,
a Colorado Corporation,

Defendant.

---

**STIPULATION AND ORDER EXTENDING TIME TO ANSWER OR OTHERWISE PLEAD**

The parties hereby stipulate that Defendant shall have until and including February 22, 2001, to answer the Amended Complaint, or otherwise plead. In regard to this Stipulation, Defendant is making a special appearance, and by making such special appearance, is not in any way submitting to the jurisdiction of this Court, and expressly reserves the right to challenge jurisdiction and venue in its initial responsive pleading and motion.



FILED 1/25/01
FRANC[illegible] [illegible]OSAL, CLERK
JU[illegible] ENTD.
DEPUTY CLERK

**STIPULATED BY:**

MANN DESIGN LTD.
By Its Attorneys

Emmett McMahon (#198298)
Jodene Jensen (#277216)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MANN DESIGN LTD.**

Dated: 1-17-01

BOUNCE, INC., d/b/a
THE KONG COMPANY
By Its Attorneys

Mathias W. Samuel (#0272167)
Greg A. McAllister (#295759)
FISH & RICHARDSON, P.C.
3300 Dain Raucher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR DEFENDANT BOUNCE, INC. d/b/a THE KONG COMPANY**

Dated: 1/18/01

**IT IS SO ORDERED:**

Dated: 1-25-01

Judge Michael J. Davis
United States District Court