ORIGINAL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MANN DESIGN LTD.,
a Minnesota Corporation,

Plaintiff,

**Civil No. 00-2706 (RHK/JMM)**
**(Jury Trial Demanded)**

v.

BOUNCE, INC., d/b/a The Kong Company,
a Colorado Corporation,

Defendant.

**STIPULATION AND ORDER TO DISMISS WITHOUT PREJUDICE**

WHEREAS two related cases have been filed with this Court, Case No. 00-1159, and Case No. 00-2706; and

WHEREAS the Honorable Richard H. Kyle has granted Plaintiff's Motion for Leave to File an Amended Complaint in Case No. 00-1159; and

WHEREAS the Amended Complaint in Case No. 00-1159 effectively includes all substantive allegations contained in Case No. 00-2706.

NOW, THEREFORE the parties hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(ii), to dismiss Case No. 00-2706 without prejudice.



FILED MAR - 5 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK

**STIPULATED BY:**

MANN DESIGN LTD.
By Its Attorneys

Emmett McMahon (#198298)
Christopher J. Sorenson (#270118)
ROBINS, KAPLAN, MILLER & CIRESI L.L.P.
800 LaSalle Avenue, Suite 2800
Minneapolis, Minnesota 55402-2015
Phone: (612) 349-8500

**ATTORNEYS FOR PLAINTIFF MANN DESIGN LTD.**

Dated: 3/2/01

BOUNCE, INC., d/b/a
THE KONG COMPANY
By Its Attorneys

Mathias W. Samuel (#0272167)
Greg A. McAllister (#295759)
FISH & RICHARDSON, P.C.
3300 Dain Raucher Plaza
60 South Sixth Street
Minneapolis, MN 55402
(612) 335-5070

**ATTORNEYS FOR DEFENDANT BOUNCE, INC. d/b/a THE KONG COMPANY**

Dated: March 2, 2001

**IT IS SO ORDERED:**

Dated: 3/5/01

Judge Richard H. Kyle
United States District Court